IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

  Plaintiff,

v.                                                            2:25-CR-112-Z-BR-(1)

DANIEL ANGEL SALINAS

  Defendant.

**ORDER ADOPTING REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

On December 10, 2025, the United States Magistrate Judge issued a Report and Recommendation Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant Daniel Angel Salinas filed no objections to the Report and Recommendation within the fourteen-day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea Agreement, and Plea Agreement Supplement—and thereby determined that the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant Daniel Angel Salinas was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant Daniel Angel Salinas; and ADJUDGES Defendant Daniel Angel Salinas guilty of Count One in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). Sentence will be imposed in accordance with the Court's sentencing scheduling order.

      **SO ORDERED**, December 29, 2025.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE